IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN DOE, INDIVIDUALLY AND AS NEXT FRIEND OF SARAH DOE, A MINOR, | § § § § | |
| *Plaintiff*, | § § | CIVIL NO. SA-17-CV-01114-OLG |
| vs. | § § | |
| MARION INDEPENDENT SCHOOL DISTRICT, KYLE KELSO, INDIVIDUALLY AND AS TEACHER OF MARION HIGH SCHOOL; AND MATTHEW CONNOR, INDIVIDUALLY AND VICE PRINCIPAL OF MARION HIGH SCHOOL, | § § § § § § § § | |
| *Defendants.* | § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned issued a report and recommendation recommending the Court dismiss Plaintiff's claims against Defendant Kyle Kelso, which would dispose of all the remaining claims in this lawsuit.[1]  Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-styled case is **RETURNED** to the District Court for all purposes.

SIGNED this 31st day of January, 2019.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned issued a separate report and recommendation on November 29, 2018, recommending dismissal of Plaintiff's claims against Defendants Marion Independent School District and Matthew Connor [#34].  This recommendation remains pending before the District Court.